## Criminal Complaint Affidavit for Odilon ALEJANDRO-Villar

Your Affiant, Special Agent James F. Bugg, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1.      I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2.       I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since May of 2019 and I am presently assigned to the Office of the Resident Special Agent in Charge, Ft. Mitchell, Kentucky.  My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3.      This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Your affiant has not included each and every fact that has been revealed through the course of this investigation.  Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5.      On September 11, 2025, while conducting targeted Criminal Alien Program Operations in the Stanford, KY area, Supervisory Detention and Deportation Officer (SDDO) Phelps of Bowling Green, KY ICE ERO encountered Odilon ALEJANDRO-Villar after he was arrested locally for Traffic violations. ALEJANDRO remained in local custody and an ICE Detainer was issued.

6.      ALEJANDRO's fingerprints were taken at the time of his arrest when he was booked into Casey County. SDDO Phelps positively identified the man that was in custody through records checks as previously removed Mexican citizen Odilon ALEJANDRO-Villar, the subject of Alien Registration Number A201 342 794 and FBI/Universal Control Number FNHHHFPAL.

7.      ALEJANDRO's criminal history includes convictions for 8 USC 1325(a)(1), Illegal Entry, 8 USC 1326(a)(2), Illegal Re-Entry, DUI and Traffic violations.

8.      Further review of documents obtained from ALEJANDRO's Alien File revealed information regarding ALEJANDRO's immigration history. ALEJANDRO was ordered removed to Mexico by a Designated Official on February 9, 2020. ALEJANDRO was removed to Mexico on February 12, 2020, and September 28, 2020.

9.      There is no evidence of an application for admission into the United States for ALEJANDRO following his last removal.

10.     Based on the above information, I believe there is probable cause supporting the conclusion that ALEJANDRO is an alien who has been found in the United States in Lincoln County, in the Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a)&(b)(1).

/s/ James F. Bugg

James F. Bugg, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this _____16th_____ day of September, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE